# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ROBERT CHARLES FISHER,**
    **Plaintiff,**

**vs.**  CIV NO. 2:20-01058-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 26) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 25), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until September 29, 2021, to file a response, and Plaintiff shall have until October 13, 2021, to file a reply.

SIGNED  _August 27_, 2021.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

_Electronically submitted 08/26/2021_
CHRISTINA VALERIO
Special Assistant United States Attorney

_Electronically approved 08/26/2021_
CLAYTON S. HIGHTOWER
Attorney for Plaintiff